## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **HAROLD VEAZEY,** | )<br>)<br>) Case No.: 1:19-cv-04321-CAP |
| **Plaintiff.** | )<br>) |
| v. | )<br>) |
| **WELLS FARGO BANK, N.A.,** | )<br>) |
| **Defendant.** | )<br>) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: March 20, 2020       By: */s/ Joseph C. Hoeffel*
                            Joseph C. Hoeffel, Esquire
                            Kimmel & Silverman, P.C.
                            30 E. Butler Pike
                            Ambler, PA 19002
                            Phone: (215) 540-8888
                            Fax: (877) 788-2864
                            Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Arthur A. Ebbs, Esquire
Womble Bond Dickinson, LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
arthur.ebbs@wbd-us.com
Attorney for Defendant

Dated: March 20, 2020         By: */s/ Joseph C. Hoeffel*
                                  Joseph C. Hoeffel, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (877) 788-2864
                                  Email: jhoeffel@creditlaw.com